## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-mj-00073-RMM

UNITED STATES OF AMERICA

v.

HOMERO PINEDA-GARCIA,

_____/

### CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)?  No

2. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss)?  No

Respectfully submitted,

JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY

By:  *Stacey Bergstrom*
STACEY BERGSTROM
Assistant United States Attorney
Court ID No.   A5502614
101 South U.S. Highway 1, Suite 3100
Fort Pierce, Florida 34950
Tel: 772-466-0899
Email: Stacey.Bergstrom@usdoj.gov

AO 91 (Rev. 11/11) Criminal Complaint

AUSA Stacey Bergstrom

# UNITED STATES DISTRICT COURT
### for the
### Southern District of Florida

| | |
|---|---|
| United States of America<br>v.<br>HOMERO PINEDA-GARCIA,<br>Defendant(s) | Case No.<br>22-mj-00073-RMM |

FILED BY ____SP____ D.C.
Jun 15, 2022
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - West Palm Beach

## CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of **June 10, 2022** in the county of **Saint Lucie** in the **Southern** District of **Florida**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. § 1326(a) | Previously Removed Alien Found in the United States. |

This criminal complaint is based on these facts:

-SEE ATTACHED AFFIDAVIT-

☑ Continued on the attached sheet.

_____
Complainant's signature

Pablo Ponce, Border Patrol Agent, United States Border Patrol
Printed name and title

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by videoconference.

Date: 6/15/22

_____
Judge's signature

City and state: West Palm Beach, Florida

Ryon M. McCabe, U.S. Magistrate Judge
Printed name and title

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Pablo Ponce, being duly sworn, depose and state as follows:

1. I am a Border Patrol Agent for the U.S. Department of Homeland Security, United States Border Patrol, and have served in that position for twenty-three (23) years. I am currently assigned as the Prosecution Agent for the West Palm Beach Border Patrol Station in Riviera Beach, Florida. As a Border Patrol Agent, my duties and responsibilities include enforcing criminal and administrative immigration laws of the United States. I have also conducted and participated in investigations of this nature.

2. This affidavit is based upon my own knowledge as well as information provided to me by other law enforcement officers. This affidavit does not set forth every fact known to me regarding the investigation but only those facts necessary to establish probable cause to believe that Homero Pineda-Garcia ("PINEDA-GARCIA") committed the offense of being a previously removed alien found in the United States, in violation of Title 8, United States Code, Sections 1326(a).

3. On or about June 10, 2022, PINEDA-GARCIA was arrested by Border Patrol Agent Cesar Barrientos in Fort Pierce, Saint Lucie County, Florida, following a traffic stop. PINEDA-GARCIA was then transported to the West Palm Beach Border Patrol Station in Riviera Beach, Florida for processing. As part of the booking process, PINEDA-GARCIA was fingerprinted by U.S. Border Patrol officials. The fingerprints were electronically submitted to a federal database maintained by the Department of Homeland Security, which triggered a positive match for an alien previously removed from the United States.

4. I reviewed documents from the immigration alien file ("A-file") belonging to PINEDA-GARCIA, AXXX XXX 193. A review of Department of Homeland Security electronic records and the A-file assigned to PINEDA-GARCIA show that he is a native and citizen of Mexico.

5. Records further show that on or about February 12, 2016, PINEDA-GARCIA was ordered removed from the United States. Records in the A-file show that on or about February 13, 2016, PINEDA-GARCIA was removed from the United States to Mexico.

6. PINEDA-GARCIA subsequently re-entered the United States and his removal order was reinstated on or about March 25, 2016. Records in the A-file show that on or about April 19, 2016, PINEDA-GARCIA was removed from the United States to Mexico. Prior to his removal, PINEDA-GARCIA was convicted in the Western District of Texas of Improper Entry by Alien, in violation of Title 8, United States Code, Section 1325.

7. PINEDA-GARCIA subsequently re-entered the United States and his removal order was reinstated on or about July 13, 2016. Records in the A-file show that on or about July 15, 2016, PINEDA-GARCIA was removed from the United States to Mexico.

8. PINEDA-GARCIA's fingerprint card from his June 10, 2022, arrest was entered into the IDENT system, a biometric database maintained by the Department of Homeland Security. Results confirmed that the fingerprints belong to the individual who was previously removed from the United States, that is, Homero Pineda-Garcia.

9. A record check was performed in the Computer Linked Application Informational Management System (CLAIMS) to determine if PINEDA-GARCIA had filed an application for permission to reapply for admission into the United States after deportation or removal. After a search was performed in that database system, no record was found to exist indicating that PINEDA-GARCIA obtained consent from the Attorney General of the United States or from the Secretary of Homeland Security, for re-admission into the United States as required by law.

10. Based on the foregoing, I submit that there exists probable cause to believe that, on or about June 10, 2022, PINEDA-GARCIA, an alien who has previously been deported and removed from the United States, was found in the United States without having received the express consent from the Attorney General or the Secretary of the Department of Homeland Security for re-admission into the United States, in violation of Title 8, United States Code, Section 1326(a).

Pablo Ponce
Border Patrol Agent
United States Border Patrol

Subscribed and sworn to before me, by videoconference, in accordance with the requirements of Fed. R. Crim. P. 4.1, on this __15__ day of June 2022.

RYON M. MCCABE
UNITED STATES MAGISTRATE JUDGE